UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BOBBY DOE,                                            JUDGMENT
                                                      05-CV-4497 (JG)
                      Petitioner,

-against-

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                      Respondent.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ MAY 15 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 10, 2006, dismissing the petition for a writ of habeas corpus for lack of subject matter jurisdiction; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the petition for a writ of habeas corpus is dismissed for lack of subject matter jurisdiction.

Dated: Brooklyn, New York
       May 12, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court